Arif EFENDI, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–70537.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Kathleen Siok–Sien Koh, Esquire, Law
Office of Kathleen S. Koh, Whittier, CA,
for Petitioner.

OIL, Monica Antoun, Esquire, DOJ–
U.S. Department of Justice, Washington,
DC, Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland
Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Arif Efendi, a native and citizen of Indonesia,
petitions for review of the Board
of Immigration Appeals' ("BIA") order dismissing
his appeal from an immigration
judge's decision denying his application for
asylum, withholding of removal, and protection
under the Convention Against Torture
("CAT"). Our jurisdiction is governed
by 8 U.S.C. § 1252. We review for
substantial evidence factual findings, *Wakkary
v. Holder*, 558 F.3d 1049, 1056 (9th

Cir.2009), and we deny in part and dismiss
in part the petition for review.

In his opening brief, Efendi fails to challenge
the agency's dispositive determination
that his asylum claim was timebarred.

Substantial evidence supports the BIA's
finding that, on this record, Efendi failed
to demonstrate the Indonesian government
was unable or unwilling to control the
Muslim extremists who abused and threatened
him. *See Rahimzadeh v. Holder*, 613
F.3d 916, 923 (9th Cir.2010). Substantial
evidence also supports the BIA's conclusion
that Efendi did not demonstrate a
clear probability of future persecution.
*See Molina–Estrada v. INS*, 293 F.3d
1089, 1095–96 (9th Cir.2002) (when a petitioner
has not established past persecution,
the agency may "rely on all relevant
evidence in the record, including a State
Department report, in considering whether
the petitioner has demonstrated that there
is good reason to fear future persecution."). Accordingly, Efendi's withholding
of removal claim fails.

We lack jurisdiction over Efendi's CAT
claim because he did not exhaust it before
the BIA. *See Barron v. Ashcroft*, 358 F.3d
674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and is not precedent except as provided
by 9th Cir. R. 36–3.